# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BARNETT,<br><br>　　　　Plaintiff,<br>　　v.<br><br>AMERICA'S SERVICING COMPANY; OCWEN LOAN SERVICING; AXIOM FINANCIAL SERVICES; NDEX WEST, LLC; HSBC BANK USA, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OAKTREE MORTGAGE; SCOTT IVAN HANSON; CHRISTIAN RICHARD BECK, AND DOES 1-20 inclusive,<br><br>　　　　Defendants. | NO. 1:09-CV-2009 AWI-GSA<br><br>ORDER RESETTING DEFENDANTS' MOTIONS TO DISMISS HEARINGS TO MARCH 1, 2010 |

Defendants Ocwen Loan Servicing, LLC ("Ocwen"), Mortgage Electronic Registration Systems, Inc. ("MERS") and HSBC Bank USA, N.A.'s, ("HSBC") motion to dismiss is currently scheduled for hearing on February 8, 2010. Defendant America's Servicing Company's ("ASC") motion to dismiss is set for hearing on February 22, 2010. Defendants Oak Tree Mortgage ("Oak Tree"), Scott Ivan Hanson ("Hanson") and Christian Richard Beck's ("Beck") motion to dismiss is set for hearing on March 1, 2010. In the interests of judicial economy, the court moves all three hearings to March 1, 2010.

**ORDER**

1. Defendants' motions to dismiss are reset to March 1, 2010 at 1:30 p.m. in Courtroom 2;

2. Briefing by the parties shall be in accordance with the Local Rules of the Eastern District.

IT IS SO ORDERED.

Dated: **January 30, 2010**　　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE